**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>Valiant Group, LLC<br>Debtor. | Chapter 11<br>Case No. 26-14191(PMM) |

**INTERIM ORDER AUTHORIZING THE DEBTOR'S USE OF CASH COLLATERAL**

Upon consideration of the Debtor's Motion for Limited Authority to Use Cash Collateral Pursuant to 11 U.S.C. §363 (doc. #5, the "Motion") it is hereby **ORDERED** that:

1) Pursuant to the terms set forth on the record at the hearing held with regard to the Motion on October 8, 2026 and in accordance with the Budget attached to the Motion, the Debtor is allowed to use Cash Collateral (as defined in the Motion) on an interim basis through and including November 5, 2026; and

2) The hearing on the Motion is continued to **November 5, 2026 at 3:00 p.m.** and will be held via Zoom teleconference:

https://www.zoomgov.com/j/1605199807?pwd=Kboh7OxQmqpn3QngOJBHGZP7nCtVPX.1

Meeting ID: 160 519 9807
Passcode: 414548

10/8/26



Honorable Patricia M. Mayer
United States Bankruptcy Judge